**PROOF OF SERVICE**
**[C.C.P. Section 1013]**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is:1055 West 7th Street, Ste. 650, Los Angeles, California 90017.

On May 20 , 2011, I served the following items:

**NOTICE OF ERRATA**

Robin Marshall, Hong & Marshall LLP, 1875 Century Park East, Sixth Floor, Los Angeles, Ca. 90067-2507 mailed as stated below.

[ X ] (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ X ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **May 20, 2011** at Los Angeles, California.

Michael Rivera

MICHAEL RIVERA